UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BASILE,

                Plaintiff,

– against –

THE MADISON SQUARE GARDEN COMPANY, an entity formed under the laws of the State of Delaware, and each of ANGELE DELROSSO, MIKE AVELLINO, ANTHONY SABELLA, FRANK CELENTANO, CHRISTOPHER SOTO, PHYLLIS SMITH, and ANTHONY MONGELLI in his/her individual capacity and official capacity as an employee/former employee and/or agent of The Madison Square Garden Company,

                Defendants.

**ORDER**

17 Civ. 9060 (ER)

Ramos, D.J.:

    Plaintiff Basile filed his Second Amended Complaint on November 14, 2019.  Doc. 82.  Defendants filed an answer on February 7, 2020.  Doc. 92.  Counsel for Plaintiff Basile entered a notice of appearance on July 12, 2020.  Doc. 93.  Since then there has been no further activity in this case.  The parties are therefore instructed to submit a joint status report by no later than December 3, 2020.

    It is SO ORDERED.

Dated:    November 19, 2020
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.