UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BASILE,

                Plaintiff,

– against –

THE MADISON SQUARE GARDEN COMPANY, an entity formed under the laws of the State of Delaware, and each of ANGELE DELROSSO, MIKE AVELLINO, ANTHONY SABELLA, FRANK CELENTANO, CHRISTOPHER SOTO, PHYLLIS SMITH, and ANTHONY MONGELLI in his/her individual capacity and official capacity as an employee/former employee and/or agent of The Madison Square Garden Company,

                Defendants.

**ORDER**

17 Civ. 9060 (ER)

RAMOS, D.J.:

      The Court ordered a pre-motion conference for October 26, 2021 at 4:00 p.m. Doc. 99. On October 26, 2021, the Court held the conference, during which Plaintiff failed to appear.

      Accordingly, the parties are hereby ORDERED to appear for a telephonic conference on November 17, 2021 at 10:00 a.m., so that Plaintiff may show cause why the Court should not dismiss this case pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute or otherwise sanction Plaintiff pursuant to Federal Rule of Civil Procedure 37. The parties are directed to call (877) 411-9748 at that time and enter access code 3029857, followed by the pound (#) sign. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

It is SO ORDERED.

Dated:   October 26, 2021
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.